UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDT INDUSTRIES, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>PITONYAK MACHINERY CORPORATION,<br><br>    Defendant.<br>_____<br><br>PITONYAK MACHINERY CORPORATION,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>BRANDT INDUSTRIES, LTD., and BRANDT AGRICULTURAL PRODUCTS, LTD.,<br><br>    Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:10-cv-0857-TWP-DML<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

The final pretrial conference is RESCHEDULED to commence at **10:00 a.m.** on September 12, 2012. The final pretrial conference will now be held in **Courtroom 344**, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. Please make note of the change in time and location.

The settlement conference before Magistrate Judge Lynch is RESCHEDULED to begin at **1:30 p.m**. on September 12, 2012 in Room 277, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana

Date: 09/11/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

Daniel T. Earle
SHELSINGER ARKWRIGHT &
GARVEY, LLP
danearle@sagllp.com

Heather M. Hawkins
THOMPSON HINE LLP
heather.hawkins@thompsonhine.com

Paul B. Hunt
BARNES & THORNBURG LLP
paul.hunt@btlaw.com

Jennifer Lynn Schuster
BARNES & THORNBURG LLP
jschuster@btlaw.com

James E. Shlesinger
SHLESINGER ARKWRIGHT &
GARVEY, LLP
jim@sagllp.com

Carrie A. Shufflebarger
THOMPSON HINE LLP
Carrie.Shufflebarger@ThompsonHine.com

Aaron M. Staser
BARNES & THORNBURG LLP
aaron.staser@btlaw.com