## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRANDT INDUSTRIES, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PITONYAK MACHINERY CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | Case No. 1:10-cv-0857-TWP-DML |
| | ) | |
| PITONYAK MACHINERY CORPORATION, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDT INDUSTRIES, LTD., and BRANDT | ) | |
| AGRICULTURAL PRODUCTS, LTD., | ) | |
| | ) | |
| Counter-Defendants. | ) | |

### ENTRY AND ORDER FOR FINAL PRETRIAL CONFERENCE

This matter was before the Court for a final pretrial conference on September 12, 2012. Plaintiff/Counter-Defendant appeared by counsel Carrie A. Shufflebarger and Heather M. Hawkins. Defendant/Counter-Plaintiff appeared by counsel, Aaron M. Staser and Paul B. Hunt. This five to eight day jury trial is scheduled to commence on October 1, 2012 at 9:00 a.m. The doors to the courtroom will be unlocked at 7:30 a.m., the lawyers are to arrive no later than 8:00 a.m. and the jury panel will arrive by 8:30 a.m. At the final pretrial conference, the trial of this case was discussed and the following rulings were made and directions given pursuant to Trial Rule 16.

1.      The Court intends to seat a jury of seven (requiring a unanimous verdict). A panel of 25 prospective jurors will be called.  The responses to juror questionnaires will be available by noon on Friday, September 28, 2012; the Courtroom Deputy Clerk will contact counsel prior to that date to discuss delivery.  The Court notes Plaintiff's objections to defense counsel's list of voir dire questions.  The Court will question the panel with its own voir dire and incorporate questions from counsel.  Thereafter, counsel will have up to 15 minutes per side for follow-up questions to the panel.  Challenges for cause will be made at the bench.  After challenges for cause are resolved, each side will have 3 peremptory challenges, which shall be exercised simultaneously and in writing on a form to be supplied by the Court.  The Court intends to allow jurors to submit written questions to witnesses, following the procedures endorsed by the Seventh Circuit Bar Association.

2.      Each side will have up to 30 minutes for opening statements.  Plaintiff and defense counsel shall advise one another the Friday before trial if they intend to use any demonstrative or other exhibits during their opening statements, so that any objections may be resolved before the commencement of trial.  Objections, if any, to such exhibits must be filed on CM/ECF before October 1, 2012.

3.      The time allotted for closing arguments will depend on the nature and amount of evidence adduced at trial.

4.      The Court will refer to Plaintiff Brandt Industries, Ltd. and Brandt Agricultural Products, Ltd. as "Brandt Industries" throughout the course of the trial, in the jury instructions and in the verdict forms.  The Court will refer to Defendant Pitonyak Machinery Corporation as "PMC."

2

5.      **Witness Lists**: The Court reviewed each party's witness list and the nature of each witness proposed testimony.  Brandt Industries withdrew two witnesses from its list:  Mike Frank and Vernon Schmidt.  The Court overruled Brandt Industries' objection to the deposition testimony of John H. Brandt (Dkt. 156), taken January 27, 2009 in the Trademark Trial and Appeal Board Opposition No. 91171967 at trial.  PMC is allowed to introduce John H. Brandt's deposition testimony taken and Brandt Industries may file counter designations by Friday, September 14, 2012.

6.      **Exhibits**: Discussion was held regarding the parties' exhibit lists.  PMC filed an objection to Brandt Industries' exhibit list (Dkt. 172) with regards to several of Brandt Industries' exhibits on grounds of relevance, hearsay, compound exhibits, and authenticity.  A determination of the admissibility of these exhibits will be made at the time of trial.

7.      Brandt Industries filed three motions (Dkt. 157, Dkt. 158, and Dkt. 159) seeking a ruling on objections to several of PMC's exhibits.  Brandt Industries filed a Motion for a Ruling on Its Objection to PMC's Introduction of Exhibits from U.S. Patent and Trademark Office (Dkt. 157).  The Court will take this motion (Dkt. 157) under advisement and PMC has until Monday, September 17, 2012 to file a response in opposition.  Brandt Industries may file a reply brief with respect to this motion by Tuesday, September 18, 2012.  Brandt Industries also filed a Motion for a Ruling on Objections to Exhibits Containing Hearsay (Dkt. 158).  The Court overrules Brandt Industries' objection, accordingly the motion is denied.  PMC is allowed to introduce documents identified in Appendix A of Docket 158 at trial.  (*See* Dkt. 158-1.)  Brandt Industries Motion for a Ruling on Its Objections to Redacted Exhibits Designated by PMC (Dkt. 159) is taken (Dkt. under advisement and PMC may file a response brief addressing the issue of whether the redacted documents at issue are privileged communication.  PMC shall file its response in

3

opposition to this motion (Dkt. 159) by Monday, September 17, 2012.  Brandt Industries may file a reply brief, if any, by Tuesday, September 18, 2012.

8.     The parties shall provide the Court with four sets of hard copies of their proposed trial exhibits and two electronic copies of the exhibits on the first morning of trial.

9.     **Motions *in Limine***. On September 11, 2012 the Court issued its rulings on Brandt Industries' Motion *in Limine* (Dkt. 138) as well as four of PMC's Motions *in Limine* (Dkt. 142, Dkt. 143, Dkt. 144, and Dkt. 145) in the Court's Entry on Pending Motions *in Limine*.  (*See* Dkt. 174.)  PMC's Motion *in Limine* to Limit Testimony as to Advertising Expenditures and Trade Show Participation (Dkt 146) was taken under advisement.   Following the final pretrial conference, the Court now grants PMC's motion *in limine* (Dkt. 146) on the issue of advertising expenditures and trade show participation as it applies to Mr. Semple's testimony during the Rule 30(b)(6) deposition.   Pursuant to this ruling, Mr. Semple's testimony on advertising expenditures and trade show participation will be limited to the discussions and documents produced for the Rule 30(b)(6) deposition.   In addition, the Court will review its ruling on PMC's Motion in *Limine* for a Declaration that PMC has Presumptive National Trademark Rights (Dkt. 142), and rule on the substance of the motion.   The Court will also review the its ruling on PMC's Motion in *Limine to* Preclude from Denying Likelihood of Confusion (Dkt. 143) in light of the additional arguments given at the final pretrial conference and notify the parties if it requires additional briefing filed with respect to the motion.   With respect to PMC's Motion in *Limine* to Preclude BIL from Asserting Trademark Infringement (Dkt. 144), the Court orders Brandt Industries' counsel to file deposition designations, if any, of Mr. Semple during the Rule 30(b)(6) deposition relating to the issue of harm.   Brandt Industries' counsel shall file its deposition designations by Monday, September 17, 2012.

10.     **Settlement**: The parties were scheduled to have a settlement conference with Magistrate Judge Lynch at 1:30 p.m. on September 12, 2012.

11.     **Jury Instructions**: The Courtroom Deputy Clerk will email the Court's proposed preliminary instructions by Monday, September 24, 2012.  The parties have submitted separate issue instructions.  The Court orders the parties to again confer and attempt to agree upon an issue instruction. The parties have until noon Wednesday, September 26, 2012 to file a proposed joint issue instruction.  If the parties are unable to agree on an issue instruction, the Court's proposed issue instruction, which it provided to the parties at the final pretrial conference, will be used.

12.     The parties have tendered their proposed final jury instructions with objections. Final instructions will be settled on the last day of trial testimony.  The parties tendered separate verdict forms. The Court orders the parties to again confer and attempt to agree upon a verdict form.  The parties have until noon Wednesday, September 26, 2012 to file a proposed joint verdict form.  If the parties cannot agree on a verdict form, the Court will draft a verdict form.

13.     Both parties filed requests for the separation of witnesses (Dkt. 128 and Dkt. 160). The Court grants these motions.  Room 318 will be available as a witness room. The Court will rely on both parties to police this ruling.

14.     **Stipulations**: To date, no stipulations have been filed. The parties are to confer and determine whether there are any issues that can be resolved in the form of stipulations.

15.     **Equipment**: The parties both indicated their intent to use trial presentation equipment.  As such, the parties are to contact the Courtroom Deputy Clerk to schedule VEPS training, if needed.

16.     **Deposition Designations**: PMC has filed deposition designations (Dkt. 140) and Brandt Industries has filed counter-designations (Dkt. 162, Dkt. 163, Dkt. 164, and Dkt. 165) as well as objections to PMC's deposition designations (Dkt. 161, Dkt. 166, Dkt. 168, Dkt. 170, and Dkt. 171).  With respect to Brandt Industries' Motion of Brandt for a Ruling on Its Objection to PMC's Designation of the Donald Gavin Semple Deposition (Dkt. 161), the Court overrules Brandt Industries' objection.  Accordingly, PMC is permitted to play, within the Court's discretion, brief portions of Mr. Semple's deposition for impeachment or demonstrative purposes.  The parties informed the Court they will continue to work together to resolve any objections to PMC's deposition designations.  In addition, defense counsel will review Brandt Industries' counter-designations and file additional objections, if any, with the Court by September 26, 2012 if a resolution cannot be reached with Brandt Industries' counsel.  The parties are to notify the Court by September 26, 2012 if the Court still needs to rule on any unresolved objections to any remaining deposition designations.

17.     PMC objects to Brandt Industries presenting its case in chief first. (*See* Dkt. 150 at 28-29.)  The Court orders additional briefing on this issue.  As such, Brandt Industries response to PMC's objection is due on Tuesday, September 18, 2012.  PMC may file a reply, if any, by noon on Thursday, September 19, 2012.

18.     PMC raised an evidentiary issue regarding the Court's Entry on Brandt Industries' Motion for Partial Summary Judgment (Dkt. 125).  Specifically, PMC seeks clarification as to the specific dates when Brandt Industries obtained its common law rights in the states where it has established a continuous use of the BRANDT mark.  As such, PMC must file a motion requesting for an evidentiary ruling on this issue.  PMC shall file its motion and brief in support

of its motion by Monday, September 17, 2012.  Brandt Industries shall have until Wednesday, September 19, 2012 to file a response.

SO ORDERED.

Date: _09/14/2012_

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana


DISTRIBUTION:

Daniel T. Earle
SHLESINGER ARKWRIGHT &
GARVEY, LLP
danearle@sagllp.com

Heather M. Hawkins
THOMPSON HINE LLP
heather.hawkins@thompsonhine.com

Paul B. Hunt
BARNES & THORNBURG LLP
paul.hunt@btlaw.com

Jennifer Lynn Schuster
BARNES & THORNBURG LLP
jschuster@btlaw.com

James E. Shlesinger
SHLESINGER ARKWRIGHT &
GARVEY, LLP
jim@sagllp.com

Carrie A. Shufflebarger
THOMPSON HINE LLP
carrie.shufflebarger@thompsonhine.com

Aaron M. Staser
BARNES & THORNBURG LLP
aaron.staser@btlaw.com